AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Northern District of New York

U.S. DISTRICT COURT – N.D. OF N.Y.
**FILED**
Aug 21 - 2025
John M. Domurad, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 1:25-MJ-247(PJE) |
| ) | |
| IZIAH COX, ) | |
| ) | |
| Defendant. ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief. Or about August 19, 2025, in Albany County in the Northern District of New York, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 922(g)(1) | (Possession of a Firearm by a Prohibited Person [Felon] |

This criminal complaint is based on these facts:
☒ Continued on the attached sheet.

*Complainant's signature*

FBI Special Agent Danielle Ellis

*Printed name and title*

Attested to by the Affiant by Teams in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Date: August 21, 2025

*Judge's signature*

City and State: Albany, New York

Hon. Paul J. Evangelista, U.S. Magistrate Judge

*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## A CRIMINAL COMPLAINT

I, Danielle Ellis being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit in support of a criminal complaint charging IZIAH COX with violating 18 U.S.C. § 922(g)(1) (Possession of a Firearm by a Prohibited Person [Felon]).

2. I am a Special Agent with the Federal Bureau of Investigation (FBI). I am empowered to investigate and make arrests for the offenses set forth in 18 U.S.C. § 2516. As such, I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

3. I have been employed as a Special Agent of the FBI since August 2023. I am currently assigned to the Albany Field Office, investigating white collar violations, including complex financial crime. Prior to becoming an FBI Special Agent, I was employed by the Enfield Police Department in Connecticut and assigned to the patrol division, where I conducted investigations of internet crimes and financial fraud.

4. As the case agent, I am familiar with the facts of this case. The facts in this affidavit come from my personal observations, interviews of witnesses, my training and experience, and my and others' analysis of various records and information. The information contained in this affidavit is not an exhaustive account of everything I know about this investigation. Rather, it contains only the facts that I believe are necessary to establish probable cause in support of a criminal complaint. Where statements of others are related in this affidavit, they are related in substance and in part.

## PROBABLE CAUSE

### Relevant Criminal History

5.  In this investigation and based on my review of law enforcement database records, I have learned that COX has two convictions for crimes punishable by more than one year of imprisonment:

   a. On or about February 7, 2018, COX was convicted in New York State court of Criminal Sale of a Controlled Substance in the Third Degree (Narcotic Drug), in violation of New York Penal Law § 220.39(1). As a result of this conviction, COX was imprisoned in a New York State prison from approximately March 22, 2018 until approximately May 6, 2021.

   b. On or about June 24, 2016, COX was convicted of Criminal Possession of a Firearm, in violation of New York Penal Law § 265.01-b.

### COX's Unlawful Possession of a Firearm

6.  On August 19, 2025, the FBI searched multiple locations in the Capital Region pursuant to search and seizure warrants, including residences located in Troy, New York ("Residence-1") and Albany, New York ("Residence-2") as well as a storage unit in Albany (the "Storage Unit"). More than 100 firearms were recovered from these three locations.

7.  Investigators recovered 68 firearms from Residence-1, including 63 firearms that were found hidden in stereo speakers within the residence. Person-1, who has been charged by local authorities with firearms-related offenses, told officers that she was storing stereo equipment for COX. Below is a photo of firearms recovered from Residence-1:



8.      During the search of the Storage Unit, agents seized 40 firearms, including multiple firearms that were hidden in stereo speakers. The Storage Unit was rented to Person-1, but the registration email address is an email address that I know to be used by COX under the alias "Raymond Smith" through a review of records produced by Cash App. Additionally, the FBI has found that payments to the storage facility between July 2023 and May 2025 have come from bank accounts used by COX, Person-1, and Person-2.[1]  Below is a photo of firearms recovered from the Storage Unit:

---

[1] Person-2 told investigators that she stored a rifle in the Storage Unit. A search of a car registered to COX yielded stereo speakers that did not contain any firearms hidden within them.



9.     The FBI identified Residence-2 as COX's and Person-2's home through records checks and surveillance. Agents encountered both Person-2 and COX at Residence-2 during the August 19, 2025 search. Investigators recovered 25 firearms, including 24 firearms in stereo speakers, from Residence-2 on August 19, 2025. Among the firearms found was the .44 caliber Magnum Research Inc. Desert Eagle pistol (the "Desert Eagle") shown below:



Earlier today, the FBI contacted Magnum Research Inc., which stated that the Desert Eagle was manufactured in Minnesota and initially sold to a firearms seller in Virginia. The Desert Eagle therefore crossed state lines prior to the time when COX possessed it in Albany, New York.

## **CONCLUSION**

10. Based on the foregoing, I respectfully submit that there is probable cause to conclude that IZIAH COX has violated Title 18, United States Code, Section 922(g)(1) (Possession of a Firearm by a Prohibited Person [Felon]).

Attested to be the affiant:

Danielle Ellis
Special Agent
Federal Bureau of Investigation

I, the Honorable Paul J. Evangelista, United States Magistrate Judge, hereby acknowledge that this affidavit was attested by the affiant by Teams on August 21, 2025, in accordance with Rule 4.1 of the Federal Rules of Criminal Procedure.

Hon. Paul J. Evangelista
United States Magistrate Judge